## CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**James David Rhoads**<br>DOB: 1991; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-3046MJ |
| Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i). ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about August 12, 2025, in the District of Arizona, **James David Rhoads**, knowing and in reckless disregard of the fact that certain illegal aliens, Santiago Aguilar-Morales and Arnulfo Mendoza-Sanchez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On August 12, 2025, at approximately 6:30 a.m., the Nogales Border Patrol Station received a concerned citizen call; the caller reported two suspicious subjects who appeared to be illegal aliens in the area of Holy Cross Hospital in Nogales, Arizona. Border Patrol agents (BPAs), responded to the area and began surveillance of the perimeter of the hospital. The hospital is approximately one-half mile from the International Boundary Fence (IBF). The neighborhood just west of the hospital is known as the Paloma subdivision and is commonly used by alien smugglers as a pick up location. At approximately 10:50 a.m., BPAs observed a maroon SUV enter the Paloma subdivision via Camino De La Paloma, which is the only road accessing the neighborhood. Agents then observed the SUV travel out of the neighborhood. The SUV was a Cadillac XT5 and a records check on the license plate indicated the SUV was registered out of Mesa, Arizona.

BPAs began to follow the SUV on North Western Avenue, where it passed the Interstate 19 entrance. BPAs contacted Nogales Police Department (NPD) to assist with a traffic stop. When the NPD officer drove near the SUV, it suddenly turned east on Doe Street and then north on North Hohokam Drive. BPAs, who were also following, observed the SUV turn into a shopping center and park. While parked, no one entered or exited the SUV. After several minutes, the SUV exited the parking lot and drove back to Doe Street and then turned east onto State Route (SR) 82. At approximately 11:20 a.m. NPD officers attempted a traffic stop on the SUV. The vehicle failed to yield and fled at a high rate of speed, driving east on SR 82 towards Patagonia, Arizona. BPAs contacted the Sonoita Border Patrol Station and advised them of the suspect vehicle was driving in their direction.

At approximately 11:38 a.m. Sonoita BPAs observed the SUV drive east on SR 82 east of the town of Patagonia, Arizona. Due to the SUV failing to yield to NPD Officers, BPAs attempted a vehicle stop at approximately 11:45 a.m. at Mile Marker (MM) 30, on SR 82. BPAs stated the SUV braked, turned on the right blinker, and slowed to 10 mph. It then suddenly accelerated and continued to drive east on SR 82. The SUV traveled at speeds up to 90 mph. Other BPAs, located at MM 32, deployed a Vehicle Immobilization Device (VID), which the SUV struck.
**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Santiago Aguilar-Morales and Arnulfo Mendoza-Sanchez

| Detention Requested | SIGNATURE OF COMPLAINANT |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL TITLE<br>Jeremy Sykes<br>Border Patrol Agent |
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 13, 2025 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Price

**Continued from front page.**
The SUV then continued east on SR 82 and turned north on SR 83. BPAs lost visual of the SUV shortly after the VID deployment and then observed it driving north on SR 83 with smoke coming out from it. The SUV then came to a complete stop in the middle of SR 83 and the driver fled from the SUV running west into the desert. Two passengers also fled from the SUV walking north on SR 83 along the roadside. BPAs were able to detain the driver, later identified as **James David Rhoads**, walking a fence line next to a property just off the roadway where the SUV was left. BPAs also detained the two passengers, later identified as Santiago Aguilar-Morales and Arnulfo Mendoza-Sanchez. BPAs conducted an immigration inspection on Aguilar-Morales and Mendoza-Sanchez and determined that they were both citizens of Mexico illegally in the United States. Records checks revealed that Aguilar-Morales and Mendoza-Sanchez do not possess the proper documentation to enter, pass through, or remain in the United States legally.

Material witness Santiago Aguilar-Morales is a Mexican citizen who had already paid 50,000 Mexican Pesos. He was planning to go to New York. Aguilar-Morales stated he illegally crossed the IBF with a large group of illegal aliens on the morning of August 11, 2025. He stated after several hours of walking in the United States in a desert area, the group was chased by BPAs, but he was able to get away. He stated he made it to a road where he was picked up by a tall individual in a white car. He stated he was taken to a house inside the United States and stayed overnight. He stated in the morning a dark-skinned individual picked him up in a maroon SUV. He stated while in the SUV the driver told him to duck down and to not put on his seatbelt. He stated he feared for his life because the driver was traveling at a very high rate of speed. He stated when the vehicle came to a stop, the driver told him to run out of the vehicle.

Material witness Arnulfo Mendoza-Sanchez is a Mexican citizen and he made arrangements to pay $10,000 to arrive in New Jersey. He stated he illegally crossed the IBF on August 9, 2025, with the assistance of two other individuals. He was then transported in multiple vehicles and he was ultimately taken to a house located in the United States, where he stayed until the morning of August 12, 2025. He stated while at the house, the driver of the second vehicle took his cellphone and told him he could not leave the room he was in or the house. He stated Santiago Aguilar-Morales was also in the room with him. On the morning of August 12, 2025, he stated the driver told him and Aguilar-Morales that a vehicle would be coming to pick them up. Shortly after, a maroon SUV showed up and he was instructed by the driver of the maroon SUV to enter the back passenger seat and crouch in the floorboard. He stated while in the vehicle he feared for his life because the vehicle was traveling at high speeds. He stated the driver was speaking English on the phone the entire time and then when the vehicle came to a stop, the driver told them to get out.